| | |
|---|---|
| COMMONWEALTH OF KENTUCKY<br>CALLOWAY CIRCUIT COURT<br>CIVIL ACTION NO. 21-CI-00147<br>*ELECTRONICALLY FILED* | United States District Court<br>Western District of Kentucky<br>at Paducah<br>Civil Action No. 5:21-cv-68-TBR |

DANIEL MCNALLY,
individually and on behalf
of all other similarly situated                                              PLAINTIFF

VS.                          **NOTICE OF REMOVAL**

THE KINGDOM TRUST COMPANY                                       DEFENDANT

\*\*\*\*\*   \*\*\*\*\*   \*\*\*\*\*

Comes now the Defendant, The Kingdom Trust Company, by and through counsel, without waiving any defenses to which he is entitled, has this date filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, Western District of Kentucky, Paducah Division. The Defendant, The Kingdom Trust Company, has removed this matter to federal court pursuant to 28 U.S.C. §§ 1441-1446, as there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of fees and costs. The Defendant, The Kingdom Trust Company, is a South Dakota corporation with its principal place of business in Sioux Falls, South Dakota. Plaintiff, Daniel McNally, is a resident of California.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

333 W. Vine Street, Ste. 1100
Lexington, KY 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By:  */s/ Licha H. Farah, Jr.*
     LICHA H. FARAH, JR.
     WHITNEY N. WILLIAMS
     Counsel for The Kingdom Trust Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served via electronic mail upon the following:

Wm. Kevin Shannon
601 Washington Street
P.O. Box 1876
Paducah, KY 42002
kevin.shannon@bryantpsc.com
*Co-Counsel for Plaintiff*

Paul Scarlato
161 Washington St., Suite 1025
Conshohocken, PA 19428
scarlato@lawgsp.com
*Co-Counsel for Plaintiff*

Calloway County Circuit Court
Montgomery County Courthouse
One Court St.
P.O. Box 327
Mt. Sterling, KY 40353

Goldman Scarlato & Penny, P.C.
Alan Rosca
23250 Chagrin Blvd. Suite 100
Beachwood, OH 44122
rosca@lawgsp.com
*Co-Counsel for Plaintiff*

McCarthy, Lebit, Crystal & Liffman Co., PLA
Hugh D. Berkson
101 W. Prospect Ave, Suite 1800
Cleveland, OH 44115
hdb@mccarthylebit.com

All on this the 9th day of June, 2021.

*/s/ Licha H. Farah, Jr.*
LICHA H. FARAH, JR.
WHITNEY. N. WILLIAMS

644D9692-0EE7-4ACE-AAF7-ACEA64481C963 : 000002 of 000002